# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**September 22, 2011**

| | | |
|---|---|---|
| CAAP–10–00 00061 | State v. Akana | Affirmed |
| 29937 | State v. Keohokapu | Affirmed |

**September 23, 2011**

| | | |
|---|---|---|
| 30095 | Betsill v. Lighter | Affirmed |
| 29856 | State v. Haigler | Affirmed |

**September 28, 2011**

| | | |
|---|---|---|
| 29386 | State v. Mabson | Affirmed |

**September 29, 2011**

| | | |
|---|---|---|
| 30211 | State v. Langsner | Affirmed |

**September 30, 2011**

| | | |
|---|---|---|
| 28692 | Glowania-Larimer v. Larimer | Affirmed |
| CAAP–11–00 00069 | Male Child, In re Adoption of | Affirmed |
| 30320 | Spencer v. Spencer | Affirmed |
| 30693 | State v. Edwards | Affirmed |
| 28651 | State v. Kaleikini | Affirmed |
| CAAP–10–00 00021 | Winged Foot Investments, Inc. v. Jones | Affirmed |

**October 4, 2011**

| | | |
|---|---|---|
| 30124 | State v. Mika | Affirmed |

**October 11, 2011**

| | | |
|---|---|---|
| CAAP–10–00 00020 | State v. Araneta | Affirmed |
| 30081 | State v. Shelton | Reversed |